IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL E. BEALER,** | : | CIVIL NO. 1:04-CV-0556 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of April, 2007, upon consideration of plaintiff's motion (Doc. 11) for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), and it appearing that plaintiff's attorney assisted plaintiff in receiving a favorable decision from the Commissioner of Social Security on December 13, 2005, (see Doc. 11, Ex. A); see also 42 U.S.C. § 406(b)(1)(A), and the court finding that the requested attorney's fees are reasonable, see id. (entitling attorney to a "reasonable fee" for representation of a successful claimant), it is hereby ORDERED that:

1. The motion for attorney's fees (Doc. 11) is GRANTED.

2. Counsel for plaintiff, Robert Glazer, Esquire, is AWARDED an attorney's fee in the amount of $9,000.00,[1] to be payable from plaintiff's past-due benefits award. See 42 U.S.C. § 406(b).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] This amount has been approved by the Social Security Administration. (See Doc. 11, Ex. B.)